```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Engineered Plastic Components, Inc.</u>

                v.                Civil No. 13-cv-28-PB

<u>Absolute Machinery, Inc</u>

O R D E R

On January 17, 2013, the referenced case was removed to this court from Hillsborough County Superior Court, Southern District.

In reviewing the removal documents, it appears that the plaintiff, Engineered Plastic Components, Inc., was appearing <u>pro se</u> in the state court proceedings.

In accordance with our Local Rule 83.6(c), a corporation, unincorporated association or trust may not appear in any action or proceeding <u>pro</u> <u>se</u>.  Therefore, an appearance by counsel on behalf of Engineered Plastic Components, Inc. must be filed on or before February 11, 2013.  If no appearance by counsel is received by the time specified, the matter will be referred to a judicial officer for further action.

SO ORDERED.

                                        /s/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        United States Magistrate Judge

Date: January 18, 2013

cc:  Engineered Plastic Components, Inc.
     John M. Edwards, Esq.